# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KENDALL C. NICKELSON**   **PLAINTIFF**
**ADC #150640**

v.   No. 2:23-cv-00110-LPR-PSH

**CHRISTOPHER BUDNIK, et al.**   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation (PFPR) submitted by United States Magistrate Judge Patricia S. Harris.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PFPR, along with careful consideration of the case record, the Court hereby approves and adopts the PFPR in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, the Motion to Dismiss filed by Defendants Matthews and Brown (Doc. 15) is DENIED as moot. Plaintiff's official capacity claims against all Defendants are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Plaintiff's Eighth Amendment excessive force and deliberate indifference claims against Defendants Matthews and Brown in their individual capacities, and Plaintiff's First Amendment retaliation claim against Defendant Budnik in his individual capacity, may proceed. All of Plaintiff's remaining claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

---

[1] Doc. 28.

[2] The deliberate indifference claims against Defendants Matthews and Brown might not survive an adversarial motion to dismiss. But, out of an abundance of caution, the Court will let the claims survive screening at this early stage of the proceedings.

IT IS SO ORDERED this 10th day of January 2024.

                                                        LEE P. RUDOFSKY  
                                                        UNITED STATES DISTRICT JUDGE